FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUNE 30 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MERCEDES PERALTA,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-4557 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 22, 2005, denying the motions for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Memorandum and Order of June 22, 2005; it is

ORDERED and ADJUDGED that the motions for judgment on the pleadings are denied; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Memorandum and Order of June 22, 2005.

Dated: Brooklyn, New York
         June 28, 2005

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court